UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

BRUCE BEHRENS, KATHLEEN BEHRENS,
SHERRI SCHEFFERT AND DAVID SCHEFFERT,
RICHARD WAKEFORD on behalf of themselves and all
other similarly situated,

Plaintiffs,

**-against-**

JPMORGAN CHASE BANK, N.A., U.S. BANK, N.A.,
CHICAGO MERCANTILE EXCHANGE, INC., THE
CME GROUP INC., MILLENNIUM TRUST COMPANY
a/k/a MILLENNIUM TRUST CO. LLC, RUSSELL
WASENDORF, RUSSELL WASENDORF, JR., STEVEN
BREWER a/k/a STEVEN JOHN BREWER, GARLON
MAXWELL, AMBER MAXWELL, PERRY COMEAU,
John Does #1-40,

Defendants.

----------------------------------------------------------------------x

1:16-cv-05508 (VSB)

**AMENDED
NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Jeanne Reder, Second Affidavit of Jeanne Reder, Affidavit of Jean Moran, and the exhibits attached thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant Millennium Trust Company, LLC, by and through its attorneys Nicholas A. Caputo of Caputo & Popovic, P.C. and Samuel M. Braverman of Fasulo Braverman & DiMaggio, LLP, will move this Court before the Honorable Vernon S. Broderick, United Stated District Judge, at the United States District Court, Southern District of New York at 40 Foley Square, Courtroom 518, New York, New York, for an Order granting Defendant's Motion to Stay Plaintiffs' Amended Complaint Pending Arbitration, and for such other and further relief as the Court deems just and proper.

Defendant Millennium Trust Company, LLC requests that, pending the outcome of the within pre-answer motion, that this action, including any answer and motion, be stayed until the Court decides the instant motion.

Dated: New York, New York
       December 29, 2017

                                   Respectfully submitted,

                                   By: */s/ Nicholas A. Caputo*
                                   One of the *Attorneys for Millennium Trust Company, LLC*

Nicholas A. Caputo (admitted *pro hac vice*)
CAPUTO & POPOVIC, P.C.
739 S. Western Ave., Suite 1
Chicago, Illinois 60612
Tel.: (312) 300-3800
Fax: (888) 463-5405

Louis V. Fasulo
FASULO, BRAVERMAN & DI MAGGIO LLP
225 Broadway Suite 715
New York, New York 10007
Tel.: (212) 566-6213
Fax: (212) 566-8165